Hillsborough
No. 82-022

BURTON L. BRUCE & a.

v.

CITY OF NASHUA & a.

June 9, 1982

*Prunier, Mazerolle & Frasca P.A.*, of Nashua (*Jeffrey H. Mazerolle* on the brief), by brief for intervenors Dennis H. Raymond and Thomas F. Monahan.

*Burton L. Bruce & a.* waived brief.

### MEMORANDUM OPINION

This is an appeal from a decision of a Master (*Theodore Wadleigh,* Esq.) upholding the granting of a lot frontage variance in Nashua. After the master's report was approved by the Superior Court (*Goode,* J.), the intervenor land owners appealed, asserting that the master imposed an improper condition on the variance. We have no record of the proceedings below; thus our review of the master's decision is restricted. *See L & R Rentals v. Judge,* 122 N.H. 327, 328, 444 A.2d 542, 543 (1982); *Gordon v. Tafe,* 121 N.H. 250, 252, 428 A.2d 892, 894 (1981). We find no error on the record before us.

*Affirmed.*